FORM 3

## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| SEAFOOD EXPORTERS ASSOCIATION OF INDIA, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | SUMMONS |
| UNITED STATES, | ) ) | Court No.   25-00031 |
| Defendant. | ) ) | |

**TO:**  The Attorney General and the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

_/s/Mario Toscano___
Clerk of the Court

---

1. <u>Name and Standing of Plaintiff</u>:  The Seafood Exporters Association of India ("SEAI") is a trade association, and its constituent members are Indian producers and exporters of the frozen warmwater shrimp subject to the contested determination described below.  In the underlying investigation, SEAI was an active participant and interested party within the meaning of 19 U.S.C. § 1677(9)(A).  As such, SEAI has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

2. <u>Brief Description of Contested Determination</u>:  SEAI contests certain aspects of the final determination of the U.S. International Trade Commission in the investigation of frozen warmwater shrimp from Ecuador, India, Indonesia, and Vietnam.  *See Frozen Warmwater Shrimp From Ecuador, India, Indonesia, and Vietnam*, 89 Fed. Reg. 102,163 (Dec. 17, 2024).

   This determination is contested pursuant to 19 U.S.C. §§ 1516a(d) and 1516a(a)(2)(B)(i). This Summons is being filed within 30 business days of the publication of the December 26, 2024 countervailing duty order on frozen warmwater shrimp from India, which was based on the contested determination.  This Summons is thus timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II).  *See Frozen Warmwater Shrimp From Indonesia: Antidumping Duty Order; Frozen Warmwater Shrimp From Ecuador, India, and the*

*Socialist Republic of Vietnam: Countervailing Duty Orders*, 89 Fed. Reg. 104,982 (Dec. 26, 2024).

3. <u>Date of Determination</u>:  December 12, 2024.

4. <u>If Applicable, Date of Publication in Federal Register of Notice of Contested Determination</u>:  December 17, 2024.

Respectfully submitted by:

Henry D. Almond
J. David Park
Lynn M. Fischer Fox
Kang Woo Lee
Gina M. Colarusso
Archana Rao P. Vasa

*Counsel to the Seafood Exporters*
*Association of India*
*Plaintiff*

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, D.C. 20001
Phone: (202) 942-5698
Fax: (202) 942-5999
E-mail:  Henry.Almond@arnoldporter.com

/s/ Henry D. Almond
Signature of Plaintiff's Attorney


January 24, 2025
Date

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons.  For that purpose, list below the complete name and mailing address of each defendant served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney in Charge
International Trade Field Office
U.S. Department of Justice
Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

Supervising Attorney
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436

The Honorable Lisa R. Barton
Secretary
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436

## <u>CERTIFICATE OF SERVICE AND NOTICE TO INTERESTED PARTIES</u>

Pursuant to Rule 3(f) of the Rules of the Court of International Trade, I, Henry D. Almond, hereby certify that on January 24, 2025, I caused the foregoing Summons, Form 5, Form 11, Form 13, and Form 17 to be served by certified mail, return receipt requested, and notified all interested parties who were a party to the proceeding below as follows:

**<u>On behalf of American Shrimp Processors Association</u>:**
Roger B. Schagrin, Esq.
Schagrin Associates
900 Seventh Street, NW, Suite 500
Washington, D.C. 20001
rschagrin@schagrinassociates.com
service@schagrinassociates.com

**<u>On behalf of Shrimp Committee of the Vietnam Association of Seafood Exporters and Producers</u>:**
Matthew Nicely, Esq.
Akin Gump Strauss Hauer & Feld, LLP
2001 K Street, NW
Washington, DC 20006
mnicely@akingump.com

**<u>On behalf of PT. First Marine Seafoods</u>:**
Mattthew J. McConkey, Esq.
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006
mmcconkey@mayerbrown.com
tradeservice@mayerbrown.com

**<u>On behalf of Ad Hoc Shrimp Trade Action Committee</u>:**
Nathaniel Maandig Rickard, Esq.
Picard Kentz & Rowe LLP
1750 K Street, NW, Suite 800
Washington, DC 20006
nrickard@pkrllp.com

**<u>On behalf of U.S. Shrimpers Coalition</u>:**
Jennifer M. Smith-Veluz Esq.
The Bristol Group PLLC
1707 L Street, NW
Suite 570
Washington, DC 20036
jennifer.smith@bristolgrouplaw.com

**<u>On behalf of Industrial Pesquera Santa Priscila S.A; Sociedad Nacional de Galápagos C.A.</u>:**
Warren E. Connelly Esq.
Trade Pacific PLLC
700 Pennsylvania Avenue
Suite 500
Washington, DC 20003
wconnelly@tradepacificlaw.com

**<u>On behalf of Indonesian Fishery Producers Processing and Marketing Association</u>**
Lizbeth Levison
Fox Rothschild, LLP
2020 K Street, NW, Suite 500
Washington, DC 20006
LLevinson@foxrothschild.com

|  |  |
|---|---|
| 1/24/2025 | /s/ Henry D. Almond |
| Date | Henry D. Almond |
|  | Arnold & Porter Kaye Scholer LLP |

## <u>CERTIFICATE OF SERVICE</u>

I, Henry D. Almond, of the law firm of Arnold & Porter Kaye Scholer LLP, hereby certify that on January 24, 2025, I caused copies of the foregoing Summons, Form 5, Form 11, Form 13, and Form 17 to be served by certified mail, return receipt requested:

**<u>Upon the United States</u>:**

Attorney in Charge
International Trade Field Office
U.S. Department of Justice
Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

Supervising Attorney
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

**<u>Upon the International Trade Commission</u>:**

General Counsel
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436

The Honorable Lisa R. Barton
Secretary
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436

/s/ Henry D. Almond
Henry D. Almond
Arnold & Porter Kaye Scholer LLP