# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE M. MILLER BAKER

| | |
|---|---|
| **SEAFOOD EXPORTERS ASSOCIATION OF INDIA,** <br><br> *Plaintiff,* <br><br> v. <br><br> **UNITED STATES,** <br><br> *Defendant,* <br><br> and <br><br> **AD HOC SHRIMP TRADE ACTION COMMITTEE and AMERICAN SHRIMP PROCESSORS ASSOCIATION,** <br><br> *Defendant-Intervenors.* | No. 25-cv-00031-MMB |

## ORDER

Upon consideration of defendant's consent motion for a 23-day extension of time to file the documents required under Rule 73(2)(b), it is hereby

ORDERED that defendant's consent motion is granted; and it is further

ORDERED that defendant shall file the documents required under Rule 73(2)(b) on or before April 30, 2025.

    /s/ *M. Miller Baker*
    Judge M. Miller Baker

Date: March 31, 2025
    New York, New York