# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE M. MILLER BAKER

| | |
|---|---|
| **SEAFOOD EXPORTERS ASSOCIATION OF INDIA,** | |
| *Plaintiff,* | |
| v. | Court No. 25-00031-MMB |
| **UNITED STATES,** | |
| *Defendant,* | |
| and | |
| **AD HOC SHRIMP TRADE ACTION COMMITTEE and AMERICAN SHRIMP PROCESSORS ASSOCIATION,** | |
| *Defendant-Intervenors.* | |

## ORDER

Upon consideration of defendant's consent motion for a clarification of the Court's March 21, 2025 Order, it is hereby

ORDERED that defendant's consent motion is granted; and it is further

ORDERED that, in filing the administrative record documents according to the procedures set out in Court of International Trade Rule

73.2(b), the Commission will comply with its statutory obligations to retain the confidential status of the information in its record; and it is further

ORDERED that the parties will endeavor to assure that any information redacted in their briefs meets the criteria set out in the Court's order of March 21, 2025; and it is further

ORDERED that that the parties will be given the opportunity, within fourteen days after the Reply Brief is filed, to refile their briefs if necessary to remove bracketing of information for which redaction is no longer required.

_____
Judge M. Miller Baker

Date: _____
     New York, New York