UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| SEAFOOD EXPORTERS ASSOCIATION OF INDIA,<br>    *Plaintiff*,<br>v.<br>UNITED STATES,<br>    *Defendant*,<br>and<br>AD HOC SHRIMP TRADE ACTION COMMITTEE and AMERICAN SHRIMP PROCESSORS ASSOCIATION,<br>    *Defendant-Intervenors*. | Ct. No. 25-00031-MMB |

## PLAINTIFF'S RULE 56.2 MOTION FOR JUDGMENT ON THE AGENCY RECORD

Pursuant to Rule 56.2 of the U.S. Court of International Trade ("CIT"), Plaintiff Seafood Exporters Association of India ("SEAI") hereby moves for judgment on the agency record with respect to the U.S. International Trade Commission's ("Commission") final affirmative determination in the countervailing and antidumping duty investigations of frozen warmwater shrimp from Ecuador, India, Indonesia, and Vietnam. *See Frozen Warmwater Shrimp from Ecuador,*

1

*India, Indonesia, and Vietnam*, 89 Fed. Reg. 102,163 (Int'l Trade Com'n, Dec. 17, 2024); *Frozen Warmwater Shrimp from Ecuador, India, Indonesia, and Vietnam*, Inv. Nos. 701-TA-699-700 and 702 and 731-TA-1660 (Final), USITC Pub. 5566 (Dec. 2024).

For the reasons described in the accompanying memorandum, Plaintiff SEAI respectfully moves the Court to hold that the Commission's determination is neither supported by substantial evidence nor in accordance with law. Accordingly, Plaintiff respectfully requests that the Court remand the Commission's final determination with instructions to undertake further proceedings consistent with the opinion of the Court, and grant such other or further relief as this Court deems just and proper.

Dated: August 22, 2025                Respectfully submitted,

/s/ Henry D. Almond
Henry D. Almond
J. David Park
Lynn M. Fischer Fox
Kang Woo Lee
Archana Rao P. Vasa

*Counsel to Seafood Exporters Association of India, Plaintiff*

ARNOLD & PORTER KAYE SCHOLER LLP
601 MASSACHUSETTS AVENUE, N.W.
WASHINGTON, D.C. 20001
PHONE: (202) 942-5646
EMAIL: Henry.Almond@arnoldporter.com