UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| SEAFOOD EXPORTERS ASSOCIATION OF INDIA,<br>　　*Plaintiff*,<br>v.<br>UNITED STATES,<br>　　*Defendant*,<br>and<br>AD HOC SHRIMP TRADE ACTION COMMITTEE and AMERICAN SHRIMP PROCESSORS ASSOCIATION,<br>　　*Defendant-Intervenors*. | Ct. No. 25-00031-MMB |

PROPOSED ORDER

Upon consideration of the Rule 56.2 motion of Plaintiff Seafood Exporters Association of India ("SEAI"), all responses thereto, and all other relevant papers and proceedings herein, it is hereby:

ORDERED that the Rule 56.2 Motion for Judgment on the Agency Record filed by SEAI is granted, and it is further

ORDERED that the Commission will reconsider its analysis and record evidence regarding U.S. industry supply constraints in its injury

1

analysis, as established by statute, and accordingly reconsider its injury determination, consistent with the Court's opinion; and it is further

ORDERED Commission will reconsider its decision not to treat raw and cooked frozen shrimp as separate like products as established by statute and regulations, consistent with the Court's opinion.

SO ORDERED.

Dated: _____  
New York, New York

_____  
M. Miller Baker, Judge